Brian C. Dault, Esq.
Dault & Associates, PLLC
908 W. Chandler Blvd., Suite D
Chandler, Arizona 85225
480-305-5970
brian@daultlaw.com
AZ State Bar No. 27021

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In Re:

RUBEN SANTOVO ESPARZA &
GRACIE GARNICA ESPARZA
                          Debtors.

Case No. 0:10-bk-31776-JMM

Chapter 13

**NOTICE OF APPEARANCE
(LIMITED TO 341 HEARING)**

COMES NOW Lance A. Francis, and hereby enters his limited appearance on behalf of Ruben Santovo Esparza & Gracie Garnica Esparza ("Debtors") in this matter. Lance A. Francis will be attending the First Meeting of Creditors with Debtors in place of the attorney or record, Brian C. Dault, as he is unable to attend due to a scheduling conflict.

**DATED** this 22nd day of October, 2010.

/s/ Lance A. Francis
Attorney Lance Francis
Allen, Sala & Bayne, PLC
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004

Original filed electronically and copies of the foregoing mailed this 22nd day of October, 2010 to:

Ruben & Gracie Esparza
PO Box 763
Yuma, AZ 85366
Debtors

Russell Brown
3838 N. Central Avenue, #800
Phoenix, AZ 85012-1965
Trustee

U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003

/s/ Brian C. Dault