# BUSINESS OPERATING STATEMENT

FILED AUG 19 2013
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

Name(s) of Debtor(s):
Ruben Santoyo Esparza
Gracie Garnica Esparza

Chapter 13
Case No. 10-31776

Financial Report for _____, 200___
(Month and Year)

1. **INCOME.**

    Gross Business Receipts                  $ _____
    Sales Taxes Collected                    $ _____

    **TOTAL INCOME**                                              $ _____

2. **COSTS AND EXPENSES.**

    Advertising                              $ _____
    Auto Fuel & Operation                    $ _____
    Bad Debts & Collection Costs (noncash basis)  $ _____
    Commissions & Bonuses                    $ _____
    Debt Installments (do not incl. the plan payment):
        (a) _____                   $ _____
        (b) _____                   $ _____
        (c) _____                   $ _____
    Employee Benefits:
        (a) Hospitalization & Medical        $ _____
        (b) Retirement                       $ _____
        (c) Other                            $ _____
    Insurance Premiums (fire, theft, liability, etc.)  $ _____
    Legal & Accounting                       $ _____
    Maintenance & Repairs                    $ _____
    Materials & Supplies                     $ _____
    Office Supplies                          $ _____
    Other Business Expenses (itemize):
        _____                       $ _____
        _____                       $ _____
    Postage & Shipping                       $ _____
    Rent or Lease Expense                    $ _____
    Returns & Allowances                     $ _____
    Salaries & Wages (gross, do not incl. owner's salary)  $ _____
    Taxes:
        Employer's FICA (social security) contributions  $ _____
        Sales Taxes                          $ _____
        Unemployment Taxes                   $ _____
    Telephone & Utilities                    $ _____
    Workers' Compensation Insurance          $ _____

    **TOTAL COSTS AND EXPENSES**                                  $ _____

3. **NET INCOME (LOSS).** (Subtract Total Costs & Expenses [#2] from Total Income [#1])   $ _____

I/We declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief. Dated: _____, 200___.

_____        _____
Debtor                          Debtor

# ELITE LANDSCAPING LLC
## Profit & Loss Standard
### July 2013



Ruben Esparza
Gracie Esparza
Case # 10-31776

|  | July 2013 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     Sales | 24,670.00 |
|   Total Income | 24,670.00 |
| | |
|   **Expense** | |
| Bank Service Charges | 50.00 |
| Gas | 1,334.87 |
| Insurance | 398.04 |
| Licenses and Permits | 338.43 |
| Local Taxes | 544.00 |
| Merchant Fees | 0 |
| Office Supplies | 50.00 |
| Owners Draw | 4,970.00 |
| Payroll Expenses | 4,080,00 |
| Printing and Reproduction | 0 |
| Rental Equipment | 67.69 |
| Repair and Maintenance | 351.85 |
| Supplies and Materials | 12,184.88 |
| | |
|   Total Expense | 24,369.76 |
| | |
| Net Ordinary Income | |
| | |
| Other Income/Expense | |
|   Other Income | |
|     Refund/Credits | 0 |
| | |
| Total Other Income | 0 |
| | |
| Net Other Income | 0 |
| | |
| Net Income | 300.24 |